**Motion for En Banc Reconsideration Granted and Order filed September 30, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00839-CR
_____

**ALAN WILLIAM NULL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 209th District Court
Harris County, Texas
Trial Court Cause No. 1443617**

## ORDER

A majority of the court has granted appellant's motion for en banc reconsideration. No additional briefing is necessary, and no oral argument will be permitted.

En banc court consists of Chief Justice Christopher and Justices Wise, Jewell, Bourliot, Zimmerer, Spain, Hassan, Poissant, and Wilson. Chief Justice Christopher and Justices Wise, Jewell, and Wilson would deny the motion for en banc reconsideration.